Daniel Vorhil, witness for complainant. There was a waste in cutting the ridge and white oaks cut last spring and last winter, since Nathan Cox went there. Ridge about three-quarter acres.

Thomas Soward, for respondent. We, the freeholders, included this ridge in the ten acres to be cleared. The rails have been put on the fence, and still it is not good, the rails will show for themselves. The white oaks were used for well purchase. The well had fallen in. The place is in far better repair than when Nathan Cox went there.

Nathan Green, witness for respondent. The grove in the field we considered to be cut. The white oaks were well worked into rails and trunnels and were well worked and used and the farm is a good deal better than it was before Nathan Cox went there.

Petition dismissed.

## THOMAS SMITH of Daniel v. BENEDIC ANDERSON and THOMAS COOK.

Court of Chancery. Kent. February 23, 1818.

*Ridgely's Notebook II, 20.*

## [THE BAR.]

Court of Chancery. Sussex. March 4, 1818.

*Ridgely's Notebook II, 28.*

This day John Dagworthy Wells, son of William Hill Wells, Esq., on motion of Peter Robinson, Esq., was admitted and sworn as a solicitor of the Court of Chancery. Mr. Wells was previously examined in open court by Peter Robinson, Esq., and Thomas Cooper, Esq., two of the solicitors of this court. The Chancellor himself made a more minute examination of this young